UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
SHEET METAL WORKERS' LOCAL UNION NO. 80
PENSION TRUST FUND; SHEET METAL WORKERS'
LOCAL UNION NO. 80 ANNUITY FUND; SHEET
METAL WORKERS' LOCAL UNION NO. 80 INSURANCE
TRUST FUND; SHEET METAL WORKERS' LOCAL
UNION NO. 80 SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND;
INTERNATIONAL TRAINING INSTITUTE; NATIONAL ENERGY
MANAGEMENT INSTITUTE COMMITTEE;
SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION SCHOLARSHIP FUND; SHEET
METAL OCCUPATIONAL HEALTH INSTITUTE TRUST
FUND and NATIONAL STABILIZATION AGREEMENT
OF SHEET METAL INDUSTRY TRUST FUND,

       Plaintiffs,

               CASE No. 10-10892

v.

               HON. PATRICK J. DUGGAN

J & M ERECTORS, INC.,
a corporation incorporated
under the laws of the State of Michigan,

       Defendant.
_____/

## DEFAULT JUDGMENT

At a session of said Court, held in Detroit, Michigan, at the
Theodore Levin United States Courthouse,
on June 23, 2010.

HON. PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Based upon plaintiffs' Motion for Default Judgment, with Brief and Affidavit filed in support

thereof; and the pleadings previously filed in this matter; the Court, being fully apprized in the

1

premises, has concluded that, pursuant to Fed.R.Civ.P. 55(b)(2), plaintiffs are entitled to default judgment against defendant J & M ERECTORS, INC. for the relief prayed for in their Complaint.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant is bound to pay contributions to plaintiffs for the benefit of the Funds as alleged in plaintiffs' Complaint.

2. Plaintiffs have and recover Judgment from defendant in the amount of $11,747.56, representing $11,040.56 in audited indebtedness for the period of January 2007 through November 24, 2008 owing to plaintiffs plus $707.00 in costs and attorneys' fees incurred by plaintiffs to June 6, 2010, and plaintiffs shall have execution therefor.

3. Post-judgment interest will accrue on the amount set forth in paragraph 2, above, as provided for in 28 USC §1961, from the date of entry of this Judgment, and plaintiffs shall have execution therefor.

4. This Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Default Judgment.

IT IS SO ORDERED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: June 23, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 23, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager